JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR VILLANUEVA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FONTANA, *et al.*, <br><br> Defendants. | NO. ED CV-09-1536-RHW <br><br> **ORDER DISMISSING CASE, WITH PREJUDICE** |

Before the Court is the parties' Stipulation Re: Dismissing Suit with Prejudice; and Waiving Attorneys' Fees and Costs (ECF No. 41).

The parties ask that the above-captioned case be dismissed in its entirety with prejudice; any and all motions, cross-claims or counter-claims now pending before the Court be determined as moot; and that each party bear his, her, or its own fees and costs.

Good cause appearing, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation Re: Dismissing Suit with Prejudice; and Waiving Attorneys' Fees and Costs (ECF No. 41) is **GRANTED.**

2. Pursuant to the Stipulation of the Parties and Fed. R. Civ. P. 41(a)(1)(ii), the claim of Plaintiffs in the foregoing matter are hereby dismissed in their entirety with prejudice, pursuant to the Stipulation entered herewith as to all Defendants, as well as Defendants' past, present and future officers, supervisors, directors, attorneys, agents, subordinates, predecessors, and successors in interest and assigns, and all other persons, firms, or corporations with whom any of the former

**ORDER DISMISSING CASE, WITH PREJUDICE** ~ 1

1  have been, are now, or may hereafter be affiliated.

2      3.   All claims for attorneys' fees and costs under 42 U.S.C. § 1988, or any
3  other provision of law have been waived by each party.

4      4.   Defendants' Motions for Summary Judgment (ECF Nos. 29, 31) are
5  denied, as moot.

6      5.   Plaintiff's Ex parte Application for Extension of Time (ECF No. 38) is
7  denied, as moot.

8     **IT IS SO ORDERED.**  The District Court Executive is directed to enter
9  this Order, forward copies to counsel, and **close the file**.

10    **DATED** this 1st day of April, 2011.

              *s/Robert H. Whaley*
              ROBERT H. WHALEY
              United States District Judge

C:\Temp\notesFFF692\dismiss.wpd

**ORDER DISMISSING CASE, WITH PREJUDICE ~ 2**